ESTHER LA FLAMME, Respondent, *v.* THE CITY OF ALBANY,
Appellant.

JOHN LA FLAMME, Respondent, *v.* THE CITY OF ALBANY,
Appellant.

*La Flamme* v. *City of Albany*, 91 Hun, 65, affirmed.
(Argued February 2, 1899; decided February 28, 1899.)

APPEALS from judgments of the late General Term of the
Supreme Court in the third judicial department, entered
December 12, 1895, affirming judgments in favor of the
respective plaintiffs in each of the above-entitled actions
entered upon the report of a referee.

*John A. Delehanty* for appellant.

*J. Newton Fiero* for respondents.

Judgments affirmed, with costs; no opinion.
All concur.

---

JANE WELLS, Respondent, *v.* THE CITY OF BROOKLYN,
Appellant.

*Wells* v. *City of Brooklyn*, 9 App. Div. 61, appeal dismissed.
(Argued February 2, 1899; decided February 28, 1899.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
November 5, 1896, reversing a judgment in favor of defend-
ant entered upon a verdict, and an order denying a motion
for a new trial and granting a new trial.

*William J. Carr* for appellant.

*James D. Bell* for respondent.

Appeal dismissed, with costs, on the authority of *Henavie*
v. *N. Y. C. & H. R. R. R. Co.* (154 N. Y. 278); no opinion.
All concur, except O'BRIEN, J., not voting.